STACY L. INMAN (SBN 134755)
SCHOOLS LEGAL SERVICE
1300 17th Street, Seventh Floor (93301)
P.O. Box 2445
Bakersfield, CA 93303
661/636-4830 (Telephone)
661/636-4843 (Facsimile)

Attorneys for Defendants Kern High School District
and East Bakersfield High School

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARZET JAMES, JR. (Student), TINA JONES (Mother), DARNISHA STUBBS (Sister and holder of educational rights of Student), HARZET JAMES, SR. (Father),<br><br>Plaintiffs,<br><br>v.<br><br>KERN HIGH SCHOOL DISTRICT, EAST BAKERSFIELD HIGH SCHOOL, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 1:06-cv-00507-AWI-TAG<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE** |

IT IS HEREBY ORDERED that the scheduling conference currently scheduled for August 2, 2006, at 9:00 a.m., is hereby continued to **Thursday, September 7, 2006**, at 9:30 a.m., at the chambers of United States Magistrate Judge Theresa A. Goldner, 1200 Truxtun Avenue, Suite 120, Bakersfield, California, 93301.  The parties shall file a Joint Status Conference Report no later than **Thursday, August 31, 2006.**  See Rule 16-240, Local Rules of Practice for the United States District Court, Eastern District of California.

IT IS SO ORDERED.

Dated: **July 31, 2006**                             /s/ Theresa A. Goldner
**j6eb3d**                                                      UNITED STATES MAGISTRATE JUDGE

SCHOOLS LEGAL SERVICE
P.O. BOX 2445
BAKERSFIELD
CALIFORNIA
93303