IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARZET JAMES, SR., et al., ) | Case No.: 1:06-cv-0507 TAG |
| ) | |
| Plaintiffs, ) | ORDER TO SHOW CAUSE WHY CASE |
| ) | SHOULD NOT BE DISMISSED FOR FAILURE |
| v. ) | TO COMPLY WITH COURT ORDERS |
| ) | AND FAILURE TO PROSECUTE |
| KERN HIGH SCHOOL DISTRICT, ) | |
| et al., ) | ORDER SETTING ORDER TO |
| ) | SHOW CAUSE HEARING |
| Defendants. ) | AND ORDER TO APPEAR AT |
| ) | ORDER TO SHOW CAUSE HEARING |

On April 27, 2006, Plaintiffs filed the complaint in this action alleging violations of the Individuals with Disabilities Education Act, 20 U.S.C. § 1400 et seq. (Doc. 1). Pursuant to 28 U.S.C. § 636(c) and Federal Rules of Civil Procedure 73, the parties consented to proceed before a United States Magistrate Judge, and, by an order dated September 8, 2006, this action was assigned to the United States Magistrate Judge for all further proceedings. (Doc. 19). On October 11, 2006, this Court issued a Scheduling Order setting deadlines for discovery, motion dates, and settlement conference, pretrial conference, and trial dates. (Doc. 20). On November 21, 2006, this Court issued a written order granting the motion of Plaintiffs' counsel to withdraw from representing Plaintiffs in this action. (Doc. 24). By minute order dated March 27, 2007, the Court set a Status Conference for April 16, 2007 at 9:30 a.m. (Doc. 26). Pursuant to Judge Goldner's directive, the minute order required that "ALL PARTIES and COUNSEL . . . BE PERSONALLY PRESENT at the hearing on 4/16/07." (Doc. 26). When the Plaintiffs failed to appear at the Status Conference, the Court stated that it would issue the instant order to show cause why the case should not be dismissed. (Doc. 28).

1  Good cause appearing, the Court makes the following ORDERS:

2  1.  It is ORDERED that the Plaintiffs, no later than May 7, 2007, must show cause in writing,
3  why sanctions, including dismissal of this action, should not be imposed for failure to comply with
4  the Court's order and for failure to prosecute this action.  Plaintiffs are DIRECTED to include a
5  declaration or affidavit attesting to the veracity of their written submission;

6  4. It is FURTHER ORDERED that an Order to Show Cause Hearing is set for Monday, May
7  14, 2007 at 10:00 a.m. before Judge Goldner in the United States District Court Courtroom at 1300
8  18th Street, Bakersfield, California, and that Plaintiffs Harzet James, Jr., Tina Jones, Darnisha
9  Stubbs, and Harzet James, Sr., PERSONALLY APPEAR at the Order to Show Cause Hearing and
10 explain why sanctions should not be imposed upon them, and this action should not be dismissed,
11 pursuant to Local Rule 11-110 for failure to comply with this Court's order and for failure to
12 prosecute this action; and

13 5. It is further ORDERED that counsel for Defendants SHALL PERSONALLY APPEAR at
14 the May 14, 2007, Order to Show Cause Hearing.

15

16 IT IS SO ORDERED.

17 Dated:   **April 23, 2007**            **/s/ Theresa A. Goldner**
                                          UNITED STATES MAGISTRATE JUDGE

2